AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

**for the**
**Western District of New York**

**United States of America**

**v.**

**BRANDON K. McNEAL,**

*Defendant*

**Case No. 15-MJ-4161**

UNITED STATES DISTRICT COURT FILED OCT - 6 2015 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between in or about July 19, 2015 through to on or about August 18, 2015, in the County of Monroe, in the Western District of New York, the defendant violated Title 18 U.S.C. § 1591, said offense described as follows:

the defendant knowingly, in or affecting interstate commerce, recruited, enticed, harbored, transported, provided and obtained a person, knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591.

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

Barry W. Couch, Special Agent
Federal Bureau of Investigation

*Printed name and title*

Sworn to before me and signed in my presence.
Date: October 6, 2015

*Judge's signature*

City and State: Rochester, New York

HONORABLE MARIAN W. PAYSON
UNITED STATES MAGISTRATE JUDGE

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

STATE OF NEW YORK )
COUNTY OF MONROE ) ss:
CITY OF ROCHESTER )

15-mj-4161

I, Barry W. Couch, having been first duly sworn, do hereby depose and state as follows:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI). I have been so employed since November, 2008. I am currently assigned to investigations involving crimes against children, as well as other criminal investigations.

2. This affidavit is submitted for the limited purpose of establishing probable cause to believe that BRANDON McNEAL, born xx/xx/1991, while in the Western District of New York, knowingly recruited, enticed, harbored, transported, provided and obtained a person, that had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591.

3. The information contained in this affidavit is based upon my personal knowledge and observation, my training and experience, conversations with other law enforcement officers and witnesses, and the review of documents and records. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set

forth only the facts that I believe are necessary to establish probable cause that BRANDON McNEAL did knowingly violate Title 18, United States Code, Section 1591.

4. On August 18, 2015, Monroe County Probation Officer John Zito contacted Task Force Officer Brian Tucker about Officer Zito's identification of a minor-aged female having possibly been prostituted by another individual. Officer Zito relayed to TFO Tucker that the minor (the VICTIM) was a fourteen year-old girl whom Probation was supervising as a result of her being a Person In Need of Supervision (PINS). The VICTIM's mother had found information on the VICTIM's cell phone that led the mother to believe that the VICTIM was a victim of sex trafficking, and the mother provided the VICTIM's cell phone to Probation for them to search. Officer Zito extracted the content of the VICTIM's cell phone and called TFO Tucker after he discovered that it did appear that the VICTIM was being trafficked by someone identified in the VICTIM's cell phone as "Sosa". Later on August 18, 2015, TFO Tucker obtained the VICTIM's cell phone and the extraction of that cell phone from Officer Zito.

5. On August 19, 2015, a subpoena was served on Backpage.com for account information and advertisements related to the VICTIM's cell phone number. Backpage.com responded that same day and multiple advertisements appearing to be for prostitution were provided. Backpage.com is an internet advertising website accessible throughout many States in the United States, including New York, and accessible in certain foreign countries as well, making it an instrument of interstate and foreign commerce.

6. I have reviewed the extraction of the VICTIM's cell phone and observed apparent text messages between the VICTIM and a "Sosa" that relate to the VICTIM being sex trafficked by "Sosa". The phone number used by "Sosa" is 585-XXX-4921. On July 19, 2015, the VICTIM received a text message from an individual that stated, "Very sexy". The VICTIM responded, "Thanks sweety". The individual then stated, "Donations". The VICTIM responded, "Qs-60 hh-130 h-170". The individual then asked, "U r not a cop or work for them in any way". The VICTIM responded, "No I'm not sweety are u?" The individual replied, "Nope 39 white and sexually frustrated". The VICTIM responded, "Aww I can help, are u looking for a in or out call?" I observed text messages between other individuals and the VICTIM that were similar in nature. Also on July 19 and July 20, 2015, there are text messages directly between the VICTIM and "Sosa". At one point, "Sosa" texted, "What's going on? Make something happen". The VICTIM responded, "Alright". Later, the VICTIM stated, "Housekeeping just said its 12 so i have to leave or pay again". "Sosa" responded with, "Omw Come outside same door". The VICTIM replied, "Ok". Later, "Sosa" asked, "Where at" and the VICTIM provided a specific street intersection in Rochester, New York, followed by, "He just texted and asked where am i". "Sosa" then asked, "He coming to you". Soon thereafter, "Sosa" stated, "Don't let that shit get you off track set something up". Later, the VICTIM asked, "Wyd". "Sosa" responded, "Nothing wassup you trying to get this money". The VICTIM replied, "Yea i just posted". "Sosa" then responded, "Ight hit me when you make something happened". The VICTIM replied, "Ok". Later, the VICTIM received a text message from another individual that asked, "Hello your on Backpage right". Soon thereafter, the VICTIM texted "Sosa", "Im ready". "Sosa" responded, "Wya". The VICTIM replied, "Where u left me at (provides a specific

intersection in Rochester, New York)", soon followed by, "200 for 30 mina", and then, "I have another one for 120 waiting now". "Sosa" responded with, "Alright omw". Later, the VICTIM stated to "Sosa", "And theres a lick waiting for $120". Also in the text messages, the VICTIM tells individuals she is at the Motel 6.

7. I have also observed the VICTIM's physical phone and some of its content, to include pictures that were sent to the VICTIM from the user of phone number 585-XXX-4921, that were contained within some of the advertisements returned by Backpage.com referred to in paragraph 5 above.

8. On August 20, 2015, TFO Tucker and TFO Chris Harrington interviewed the VICTIM. When asked about "Sosa" getting dates for her, the VICTIM said she started doing it because she needed money. The VICTIM said she did not know "Sosa's" real name. The VICTIM said she used a room at the Motel 6. The VICTIM estimated she had a total of eight dates. For each "lick" she had (a "lick" is a customer), the VICTIM said she gave "Sosa" $20 for gas. When asked, the VICTIM said she did have sex with "Sosa". The VICTIM identified "Sosa's" Facebook name. The VICTIM said she believed "Sosa" would have eventually hurt her if she did not run away from him.

9. Later on August 20, 2015, TFO Tucker and I met with the VICTIM, and through a photo identification procedure, the VICTIM identified a specific individual, Identified Person #1 (IP1), as the "Sosa" who had trafficked her.

10. On August 31, 2015, TFO Tucker and I interviewed IP1 at his residence in Rochester, New York. IP1 acknowledged knowing the VICTIM, but denied any involvement in prostituting her. When asked, IP1 said phone number 585-XXX-4921 was not his. While standing next to IP1, I called the 585-XXX-4921 phone number and a male voice answered the phone. I hung up the phone and TFO Tucker and I concluded our interview with IP1. While driving away from IP1's residence, I received a call back from the 585-XXX-4921 phone number. I put the phone on speaker and identified myself and TFO Tucker to the male on the phone. I told the male that we had initially received a report of a girl named (provided first name of the VICTIM), being kidnapped, held against her will, and forced to prostitute. I went on to explain to the male that we knew he had been involved in prostituting her, but that we did not believe she was forced. At no point did the male deny being involved. I told the male we needed to meet up with him for just a few minutes to show him our badges and credentials and get a statement from him so we could close it down and move on to something else. The male asked how "she" was doing and was told she was doing well. The male then asked if "she" had connected him to "this" phone number and I told him yes. When asked where and when we could meet him, the male suggested the McDonalds on Lake Avenue in Rochester, New York. Later that afternoon, I called the male back on the 585-XXX-4921 phone number to confirm he could still meet at the McDonalds. The male communicated that he had to take "his people" to the Brighton Town Court and suggested that he might could meet me and TFO Tucker at the Brighton Town Court. I agreed and the male provided the time to meet. A few minutes before the agreed meeting time, I and TFO Tucker were sitting at a picnic table outside the Brighton Town Court and I called the male on the 585-XXX-4921 phone number. He said he was

down the street and would be there shortly. I informed the male of our location at the picnic table. Approximately one minute later, a blue sedan pulled up and parked in the parking lot of the town court. A male was driving and a female was a passenger. They both got out of the vehicle and I nodded my head at the male. The female walked towards the entrance to the town court and the male approached TFO Tucker and me. Both I and TFO Tucker introduced ourselves to the male and showed him our credentials. The male sat down at the picnic table across from us and I asked him if I could see his ID. The male took a wallet out of his pocket and handed me a New York driver's license from the wallet that had a picture of the male on the license. The license listed the male's name as BRANDON KESHON McNEAL with a date of birth of XX/XX/1991. I noticed that the male had a tattoo on his left forearm that read, "BRANDON". TFO Tucker showed McNEAL a picture of the VICTIM and asked McNEAL if he knew her. McNEAL replied that he did. TFO Tucker then asked McNEAL if he knew her name and McNEAL said, "XXXXX" (the VICTIM's first name). When asked, McNEAL said that he had met the VICTIM at the Greece Ridge Mall and that they were together for about one week. TFO Tucker asked McNEAL to confirm that he never forced or pointed a gun at the VICTIM when it came to the prostitution or the sex and McNEAL said, "No". McNEAL added that the VICTIM had already been prostituting when he met her. TFO Tucker asked McNEAL about him going by "Sosa" and McNEAL said he might not have given the VICTIM his real name. TFO Tucker showed McNEAL some Backpage.com prostitution advertisements and asked McNEAL if the pictures on the advertisements were his. McNEAL said that they were his pictures from his phone, but that the VICTIM had been using the internet on his phone and sent the pictures to herself from his phone.

11. TFO Tucker asked McNEAL if the sex he had with the VICTIM was consensual and McNEAL said, "yes". When asked, McNEAL confirmed that an occurrence that the VICTIM had informed TFO Tucker about did happen, where McNEAL and the VICTIM were on Child Street near the police station where McNEAL thought that the prostitution that the VICTIM was about to participate in was not a good idea because he thought it might be a "set up". TFO Tucker asked McNEAL about McNEAL being concerned about having sex with someone who was prostituting and McNEAL stated that he kind of learned about "it" (the prostitution) "as we went".

12. I then asked McNEAL if "Sosa" was the name he gave the VICTIM as being his name and McNEAL replied, "Yea". At that point, I asked McNEAL if he had the phone that I had spoken with him on and McNEAL said that he did. I then asked McNEAL if I could see that phone. McNEAL reached into his pocket and handed me the Samsung Galaxy Grand Prime Cellular Phone Model SM-G530AZ UD with serial number R28G60WC02Z. I then asked McNEAL if it was the phone that he had communicated on with the VICTIM and McNEAL responded, "Yea". I then told McNEAL that I would have to seize the phone. After the interview, I transported McNEAL's phone to the FBI Office in Rochester, New York.

13. After the interview, TFO Tucker and I drove by the vehicle in which McNEAL had arrived to the Brighton Town Court parking lot and observed it to have New York license plate GWW3957. McNEAL was again sitting in the driver seat of that vehicle. A subsequent check of the New York State Department of Motor Vehicle (DMV) records

revealed that the vehicle, a blue 2001 Mercury Marquis, was registered to BRANDON K. McNEAL of Rochester, New York, and the associated license photograph on file of McNEAL appeared to be the same McNEAL that I and TFO Tucker had interviewed.

14. On September 1, 2015, TFO Chris Harrington and I interviewed the VICTIM. I informed her that I had found the real "Sosa" and talked to him, and that he had admitted to things involving her, but that he was not the person that she had identified the prior week. After speaking a few minutes, the VICTIM expressed that the reason that she did not identify the real "Sosa" to me the prior week was that because she was scared of him. During the interview, through a photo identification procedure, the VICTIM identified the real "Sosa". The person she identified was BRANDON McNEAL. The VICTIM confirmed that he was the "Sosa" that was on her phone in the texting conversations regarding prostitution, and that he was the "Sosa" involved in the prostitution with her. When asked to confirm that "Sosa" drove rental cars, the VICTIM said no, that he had his own car that was light blue and "old school", that it was an "old Mercury".

15. On September 8, 2015, I obtained records from the Motel 6 in Rochester, New York, that showed BRANDON McNEAL, with a date of birth of XX/XX/1991, paying for and checking into room 235 on July 19, 2015, the same day that the VICTIM was texting individuals that she was at the Motel 6. One of the Backpage.com advertisements that was posted July 19, 2015 contained the pictures the VICTIM had received from the user of phone number 585-XXX-4921 and that McNEAL had stated were his pictures from his phone. McNEAL had also provided his driver's license number to the Motel 6, and it

matched the driver's license number obtained from New York State DMV for the McNEAL that we interviewed on August 31, 2015. I also obtained security video camera footage from the Motel 6 that appears to show McNEAL driving up to the Motel 6 in a vehicle that fits the description of his registered Mercury, checking into the motel, and entering the motel and room 235 with the VICTIM.

16. On September 30, 2015, I obtained a federal search warrant to search the contents of the phone seized from BRANDON McNEAL referred to above. On September 30, 2015, and October 2, 2015, TFO Chris Harrington performed extractions of the phone's contents and placed those extractions on discs for my review. TFO Harrington informed me that the extractions were not able to recover any deleted items. On October 2, 2015, I reviewed the phone extractions. I observed the phone number assigned to the phone to be 585-XXX-4921, the same phone number referred to above as the phone number of the individual using the name "Sosa" and communicating with the VICTIM. I observed that there were several received text messages to the phone with the senders referring separately to the recipient as both "Brandon" and "Sosa". I observed that the phone had accessed Backpage.com and what appeared to be advertisements on Backpage.com appearing to be for prostitution. I observed the pictures used in the Backpage.com advertisements for the VICTIM referred to above to be on the phone. I also observed pictures of the VICTIM on the phone.

Based upon the foregoing, your affiant respectfully submits that there is probable cause to believe that BRANDON K. McNEAL has violated Title 18, United States Code, Section 1591, knowingly, in or affecting interstate commerce, recruited, enticed, harbored, transported, provided and obtained a person, knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act. Due to the ongoing nature of this investigation, and the possibility of seriously jeopardizing the effectiveness of the investigation if information were made public, I request that the criminal complaint, arrest warrant and this application be sealed until the execution of the warrant.

BARRY W. COUCH
Special Agent
Federal Bureau of Investigation

Sworn to before me this
6 day of October, 2015.

Marian W Payson
HON. MARIAN W. PAYSON
United States Magistrate Judge